UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14065-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JULES F. PARMENTIER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 4, 2009. A Report and Recommendation was filed on March 5, 2009, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Information, which charges the Defendant willfully made and subscribed a U.S. Individual Income Tax Return, IRS Form 1040, for the calendar year 2002, which was verified by the Defendant's electronic signature authorization form, was made under the penalties of perjury, and was filed with the Internal Revenue Service, and which the Defendant did not believe to be true and correct as to every material matter, in that the income tax reported a total income of $256,725.00, when the Defendant well knew that he had income substantially in excess of that amount, all in violation of Title 26, United States Code, Section 72006(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of March, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office